UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | CHAPTER 7 |
|---|---|
| Kaiwoods Designs, LLC | CASE NO: 25-02212-HB |
| | TRANSMITTAL OF RECORD ON APPEAL |
| Debtor(s). | |

To:   The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8010, I hereby transmit the following record on appeal:

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 06/10/2025 | 1 | Chapter 7 Involuntary Petition Against a Non−Individual. Re: Kaiwoods Designs, LLC Filed by Petitioning Creditor(s): TCJ Construction, LLC (attorney Andrew Alexander Murdison). (Murdison, Andrew) (Entered: 06/10/2025) |
| 06/10/2025 | 2 | Notice of Filing of Bankruptcy Case Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC. (Murdison, Andrew) (Entered: 06/10/2025) |
| 06/10/2025 | 3 | Involuntary Summons Issued on Kaiwoods Designs, LLC . Summons Forwarded to Andrew Alexander Murdison for Service on Kaiwoods Designs, LLC . Check Status For Answer or Default On: Monitor deadline: 7/7/2025 (Dillard, S) (Entered: 06/10/2025) |
| 06/10/2025 | 4 | Corporate Exhibit A, Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC. (Murdison, Andrew) (Entered: 06/10/2025) |
| 06/11/2025 | 6 | Notice of Filing of Bankruptcy Case with Certificate of Service Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC. (Murdison, Andrew) (Entered: 06/11/2025) |
| 06/17/2025 | 8 | Motion to Dismiss Case with Prejudice with Certificate of Service Filed by Devon Puriefoy of Truluck Thomason, LLC on behalf of Kaiwoods Designs, LLC. (Puriefoy, Devon) (Entered: 06/17/2025) |
| 06/18/2025 | 9 | Affidavit Re: *Affidavit of Service* Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC. (Murdison, Andrew) (Entered: 06/18/2025) |
| 07/07/2025 | 13 | Order Granting Motion To Appear Pro Hac Vice by Charles Hackney Rollins for TCJ Construction, LLC. (Related Doc # 12). Document Served. (Davis, Tricia) (Entered: 07/07/2025) |

| | | | |
|---|---|---|---|
| 07/17/2025 | | 16 | Response to Motion to Dismiss Case with Prejudice filed by Alleged Debtor Kaiwoods Designs, LLC Filed by TCJ Construction, LLC (related document(s)8). (Attachments: # 1 Exhibit Complaint # 2 Exhibit Investment Agreement # 3 Exhibit Project Agreement # 4 Exhibit Motion for Injunction # 5 Exhibit Motion for Emergency Appt of Receiver) (Murdison, Andrew) (Entered: 07/17/2025) |
| 07/28/2025 | | 18 | Joint Statement of Dispute Filed by Jason Michael Ward of Jason Ward Law, LLC on behalf of TCJ Construction, LLC. (Ward, Jason) (Entered: 07/28/2025) |
| 07/31/2025 | | 19 | Exhibits J,1,2 and 4 were admitted at hearing held relating to: Motion to Dismiss Case with Prejudice filed by Alleged Debtor Kaiwoods Designs, LLC. Exhibits requested 3 & 5 were not admitted and were withdrawn at hearing. |
| 08/06/2025 | | 23 | Request for Transcript of Hearing Held on 07/30/2025 Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC. (Murdison, Andrew) (Entered: 08/06/2025) |
| 08/08/2025 | | 25 | Order Dismissing Case. Document served. (Davis, Tricia) (Entered: 08/08/2025) |
| 08/10/2025 | | 26 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 08/10/2025. (Related Doc # 25) (Admin.) (Entered: 08/11/2025) |
| 08/12/2025 | | 28 | Request for Transcript of Hearing Held on 07.30.2025 *Updated* Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ |
| | | | Construction, LLC. (Murdison, Andrew) (Entered: 08/12/2025) |
| 08/14/2025 | | 29 | Transcript of Hearing Held 7/30/2025. You are noticed that a transcript has been filed. Pursuant to Judicial Conference Policy on Privacy, and this Court's corresponding Transcript Redaction policy, access to this transcript is restricted pending filing of a Notice of Intent to Request Transcript Redaction and a Request for Transcript Redaction pursuant to the Court's policy. Transcript will be available electronically to the public 90 days from the date filed. In the interim, the public may view the transcript at the Court or may purchase a copy from the transcriber. Contact the Court for additional information at 803.765.5436. All parties have seven (7) calendar days to file a Notice of Intent to Request Transcript Redaction.<br><br>Notice of Intent to Request Transcript Redaction Deadline Due By 8/21/2025. Request for Transcript Redaction Due By 09/4/2025. Redacted Transcript Submission Due By 09/15/2025. Transcript access will be restricted through 11/12/2025. (Veritext Legal Solutions) (Entered: 08/14/2025) |
| 08/22/2025 | | 30 | Motion to Reconsider − Dismissal RE: Order Dismissing Case. Document served. with Certificate of Service Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC (related document(s)25). (Murdison, Andrew) (Entered: 08/22/2025) |
| 8/29/2025 | | 31 | Order Denying Motion To Alter, Amend, Or Vacate (Related Doc # 30). Document Served. (Montgomery, S) (Entered: 08/29/2025) |
| 9/12/2025 | | 32 | Notice of Appeal to District re: 25 Order on Motion to Dismiss Case, 31 Order on Motion To Reconsider . Filed by TCJ Construction, LLC. |

| | | | |
|---|---|---|---|
| | | | Appellant. Designation due by 09/26/2025. (Murdison, Andrew) (Entered: 09/12/2025) |
| 10/02/2025 | | 35 | Statement of Issues on Appeal Filed by Andrew Alexander Murdison of Hall Booth Smith PC on behalf of TCJ Construction, LLC. (Murdison, Andrew) Modified on 10/28/2025 to correct title of document (Stidham, Mark). (Entered: 10/02/2025) |

 I, M. Stidham, hereby certify that, to the best of my knowledge, the transmitted copies are true and correct copies of the record and proceedings on file in the office of the Clerk, U.S. Bankruptcy Court, in the above-captioned action.



Lauren T Maxwell, Clerk of Court
United States Bankruptcy Court

BY: /s/ Mark Stidham_____
 M. Stidham, Appeals Clerk

Columbia, South Carolina

November 3, 2025

Parties to appeal are:

For Appellant:

Andrew A. Murdison, Esq.
Charles H. Rollins, Esq.
Hall Booth Smith, P.C.
1450 Greene St., Suite 145
Augusta, GA 30901

Jason M. Ward, Esq.
Jason Ward Law, LLC
414-D Pettigu St.
Greenville, SC 29601


For Appellee:

Devon M. Puriefoy, Esq.
TRULUCK THOMASON, LLC.
3 Boyce Avenue
Greenville, SC 29601